# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

J.D. THOMPSON, III

NO. 2022 KW 0125

**MAY 9, 2022**

---

In Re:    J.D. Thompson, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-124255.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Washington Parish Clerk of Court shows that on March 18, 2022, the district court denied relator's second application for postconviction relief. Therefore, relator's request for mandamus relief is moot. In the event relator elects to file a new application with this court seeking review of the ruling on his second application for postconviction relief, he may do so without the necessity of obtaining a return date. The application shall be filed on or before July 1, 2022, and should include the relevant documents and transcripts from the district court record that might support the claims raised in the second application for postconviction relief and a copy of this ruling.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT